Edward J, Rutland Sr,
552 Roserush Lane
Jaclsonville Florida  32225
August 18, 2021
_June 15 2022_

CLOSING REMARKS

DEAR HONORABLE  MENTION :

We live in a vast living & growing population, where much is given & received in
Faith & Hope for extended Life & Pursuit of Happiness established by Our Forefathers.  George
Washington once stated,   "I am sure there was never a people, who  had more reason to
acknowledge a divine interposition in their affairs, than those of The United States; and I should
be pained to believe, that they have forgotten that agency,  which ,was so often manifested in
Our Revolution, or that they failed to consider the omnipotence of that God, who is alone able to
protect them."  George Washington also stated, "The Constitution of The United States, and the
laws made under it, mark the line of My official conduct."  We often fall into a comfort zone,
where many things, or few, are given & received in reluctance, not realizing the cost of life or
limb that placed that comfort so securely about  Your needs or desires.  When I was informed
by the fourth hospital of My ALS, I was informed  of much suffering before My Ultimate Demise.
I tried to commit suicide, to escape the pain & suffering, like many veterans before Me had
done, because of their belief of no comfort in a country &  people who no longer needed them,
even though they gave all they had during the war to establish once again their needs & desires
in a Free Country of Race, Color, Creed, National Origin, or indifference.  I was once told by a
Physician, that We only use 10% of that Brain that I spilled Cerebral Fluids from for 90 days
during The Vietnam War.  President Spackman, at The LDS Church, before President
Heywood, said He always thought more could  have been done to establish peace in the
church, and a Christ Like Love for all, and to prevent, hurt, dishonor, and disregard the
discriminatory acts of leaders who showed no act of courage, to love of  a country or even a
people, who dare to give or show, their love, honor, or support through their day to day
reluctance to accept their  obligations to do so, as stated clearly in The Constitution of The
United States, of a  Hero of yesteryear, with more honorable,  loving,and  with more
appreciation for a job well done in giving My Life for the Freedoms of this country. even all the
world !!


Edward J. Rutland Sr.
War Hero, Service Connected, 100%
High Priest, LDS Church, Lifetime Member



**Department of Veterans Affairs**

PO BOX 1437
ST PETERSBURG FL 33731

December 17, 2018

Veteran's Name:
Rutland, Edward, Joseph

\#   000037736          I=0000

ılı.ııllılılılı.ılııı.ıllııllıı.ılı.ıllıı.ılılııllıılıllıı.

37736 1 AV 0.375
EDWARD J RUTLAND
552 ROSERUSH LN
JACKSONVILLE FL  32225

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

## —America is Grateful to You for Your Service—

Our records contain the following information:

## Personal Claim Information:
Your VA claim number is: 30 245 073
You are the Veteran

## Military Information:
Your character(s) of discharge and service date(s) include:

Navy, Honorable, 10-Mar-1972 - 18-Feb-1976
Navy, Honorable, 24-Jun-1976 - 06-Mar-1981

(You may have additional periods of service not listed above)

## VA Benefits Information:
Service-connected disability: Yes
Your combined service-connected evaluation is: 100 PERCENT
The effective date of the last change to your current award was: 01-DEC-2018
Your current monthly award amount is: $7,798.09
Are you considered to be totally and permanently disabled due to your service-connected disabilities: Yes
Are you receiving special monthly compensation: Yes
Have you received a Specially Adapted Housing (SAH) and/or Special Home Adaptation (SHA) grant: Yes

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

EN

( 2 )

Edward J. Rutland Sr.
552 Roserush Lane
Jacksonville Florida  32225
16 February 2020

To:  Chief Judge Mark Mahon (411)
    From:  Edward J. Rutland Sr.
    Encl:  1)  Enforcement Operations (3-13), Most common violations.  ((4-13), what We do enforce. (9-13), what We do not enforce.  2)  Department of Veterans Affairs Background at Discharge.  3)  Court Appearance Date July, 16 2019.  4)  Parking Disposition Memo and Authorization to pay.  5)  Parking Disposition Memo and Authorization to pay.  6)  Parking Disposition Memo and Authorization to pay.  7), 8), Letters Dated July 30, 2019, August 26, 2019, from Mike Williams, Sheriff.  9)  Employee Complaint Form.  10)  Local Background Check, Jacksonville Sheriff's Office.  11  2 Citations, Dated 07/16/19, 07/24/19, Drive-Way vehicle blocking side-walk, 1 Citation for Obstruction of White-Line.  12)  Why We enforce, (2-13).  13)  Disability Rights Complaint Form, nature of alleged civil rights violation.  14)  Pictures of Car in Drive-way.

Your Honor, Sir:
    I am weighting this letter, in hopes to right a wrong in The Justice system.  I received these Citations with no merit of breaking, or receiving favor for Handicap.  I am a 10 Year War Hero, who suffered 90 days during the war, with Brain Trauma  that eventually rendered Me with no knowledge of reading or writing, but went to school 11/2 years to learn, stayed in college 61/2 years, received ALS in 1985 from that injury fighting for the country & people there-in, learning with hard work, 30 years, dancing with My Wife for the first time in 38 years of marriage in 2012, also running Jacksonville Gate River run, 9.8 miles, 18 minute mile, received Black-Belt in 1991, after learning to stand in 41/2 years.  4 years ago I received Brain Cancer, last year I was diagnosed with additional Lung Cancer, Emphazema, 11/2 Lung, Cancer and a Ankle I broke after taking World Champ for ATA Karate, and The VA placed Me on a waiting list for 2 months, never receiving an operation on the ankle.  I mentioned all these events to give You an Idea of what My Balance was like at the time of the last 2 citations that took place in My drive-way while My Car was without occupancy.  My Disability Tag was clearly seen, an the officer was hired by HOA to give Citations freely in a Sub-Division, not ever seen in My 66 years, and at the same time The City receives payment for such, and The Officer for off duty time.  Judge Tanner was nice when I appeared in court the first time, the second time I asked for The Officer to appear, She asked how long He served, then told Me to bra quiet, and that My Disability will get no favor in Jacksonville, then She find Me and replied, "Thank You For Your Service".  The third Citation for Obstruction of The White Line was received at Brooks Handicap Parking, when I had to move the car over on the line to gain access for My Service Dog.  Where is the merit for the service, and the injuries of that service in Jacksonville, and The Sheriff had no compassion for My treatment, all the officers knew I was a

Disabled Veteran, but showed a blind eye to Me & My Service Dogs needs and access in a country I gave My life for and the people there-of. Please Advise, and rectify if possible, and let Me know if I am bound by this insult to Disabled People. Thank You for Your Honorable Attention in this matter Sir !!

If I may Your Honor, let Me introduce Myself at this time. I am 66 Years in Age, Married with 4 Beautiful Children & 9 Grandchildren, and My Life, My Wife of 42 Years. I am still actively engaged in Martial Arts, the Oldest in America, for ATA, and #6 in 6 continents. I am a World Champ, that endured Life with Brain Injury during war, ALS, Brain & Lung Cancer, Emphysema, and a Broken Ankle, that healed crooked. I am called in ATA, "The Legionary Myth". I learned if We have no Mountain to Climb, We have no Life worth living, We must endure the best, with what ever life gives Us, and with joy, or it means nothing, even to Our Families. If The Fathers set no good example for Their Families, they will grow in fear of life, and never no joy, and that is knowing, and knowing is half the battle in life, the other half is learning from great, not just good examples, You must go the extra mile in order to move forward, and not regress.

Now Your Honor, if I may, I would like to, for quality control, point out a few bad judgement situations, 1) while traveling from The VA on Jefferson St, I got as far as Girvin, by My Home, was pulled over by two JSO Officers, and told they heard I was swerving on the road, I told them I was a War Vet, and a High Priest, and that I do not Drink Alcohol, do not Smoke, or take Drugs of any kind. Their response was, after looking at My VA Tag, was do You take any Medicine, I replied by stating all Vets at one time or another take Medicine for You benefit, not theirs. On Arlington Expressway, I was doing 50, in a 50 speed zone, was pulled over for going too slow, and I asked, why do We have set speeds for, is there a double standard, it was during work traffic, if I was a JSO Officer, I could spend all day, and possibly get pencil cramp, or corporal Syndrome. Then I received the Parking Citation for obstructing the white line on My side of The Handicap Parking, because I had to make room for easy access for My Service Dog. Then later receives Citations in My drive-way, because HOA in My Sub-Division bought a JSO Officer to give Citations in a drive-way at the end of a street, where there is no through traffic, and has access to nothing but a Retention pond, both of them at a hour when there is a Curfew and everyone is asleep. Sounds like We missed Our perspective, like Barney Fife, in Mayberry, no common since, does not mean it isn't written, so it is , like Barney Fife, in Mayberry, no common sense, does not mean it isn't written, so is You cannot park a Horse & Buggy, in front of the court house in PA..

Now if I may, Your honor, I would like to address the measures', or correctness, and accountability for abusive power, overbearing, and just lack of etiquette, and common sense. We love enforcement of the law, without it We are only victims of one's-self. We can do better, a quality of life always beat a quantity of life. But behaviorism is learned, when We fall short or become wayward in Our thinking, We create a lacked behavior, and over and over We become less productive, and learning it right will take more effort than in the beginning, and will cause people to not have faith in the system no more. Jacksonville is better than this. When officers work after 8 hours, it is known, there will be little if any productivity. I am not saying We do not have a good Judicial System, We do, but We can always improve in who We are, what We do, and most of all, what We can accomplish once given proper leadership capabilities. There are only 2 bad things in this world in which WE live, no people, just misunderstanding, and misguidance,

many think they can learn vastly what others took a lifetime to learn, and to become poor leaders, instead of good followers.


It has been great communicating these important, and detrimental issues.   My Service during the war is over, but My will of a better life for all is never ending.  Your honor if at any time I can help any in Jacksonville or far off, I welcome the opportunity to serve.  Let Me speak now for all, with understanding, You and all who serve in this capacity,  is much honored for the service to Our community that You so tirelessly & unconditionally render to all, Race, Collor, Creed, and National Origin, and with much vigor.

Edward J. Rutland Sr.
10 Year War Hero, 100% Service Connected
High Priest, LDS
Volunteer, Mayo Clinic
Volunteer, Brooks REHAB
Volunteer, VA



Copy To:

Mark Mahon, Chief Judge
Katherine Hanson, Esq., Disability Rights Florida, inc.
Mike Williams, Sheriff, Duval County, Fl

## CITY OF JACKSONVILLE PARKING CITATION

Pursuant to Florida State Statutes and the Municipal Code for the City of Jacksonville, Florida

- ☐ N- Parking Enforcement   ☐ L- Parking Facilities   ☐ B- Aviation Authority
- ☐ O- Sheriff's Office   ☐ M- Disabled Services

**10**

| DATE ISSUED | | | TIME ISSUED | | METER NO. |
|---|---|---|---|---|---|
| | | | | AM PM | |
| MO. | DAY | YEAR | HOUR | MIN. | |

| BLOCK | LOCATION | |
|---|---|---|
| | LOT/STREET | |

| OFFICER ID | OFFICER NAME | VEHICLE TAG NO. |
|---|---|---|

| VEHICLE MAKE | TYPE | COLOR | DECAL NUMBER |
|---|---|---|---|
| VIN | | STATE | MONTH/YEAR |

### PARKING VIOLATIONS

| | | | | |
|---|---|---|---|---|
| ☐1A TIME ZONE VIOLATION FSS 316.1964(2), 802.106(a), 802.105(f)/636.101 | $15 | ☐9D WORKING & LIVING IN STATE W/O FL TAG FSS 320.38/320.1325 | |
| ☐1B METERED PARKING W/DISABLED PLACARD FSS 316.1964(5), 802.105(d)/636.101, 804.1012 | $15 | ☐9E TAG EXPIRED MORE THAN 6 MONTHS FSS 316.1945(5), 804.633/636.101, 804.1012 | $25 |
| ☐2 OVERTIME ON METER 802.105(a)/636.101 | $15 | ☐9F TAG OBSTRUCTED FSS 316.605(1), 320.061/636.101 | $25 |
| ☐3A STOP, STAND OR PARK A VEHICLE PROHIBITED (SIDE-WALK, CROSSWALK) FSS 316.1945 (1)(a)/636.101 | $25 | ☐9G TAG PLACEMENT FSS 316.605(1)/636.101 | $25 |
| ☐3B STOP, STAND OR PARK VEHICLE PROHIBITED FOR UNLOADING FSS 316.1945 (1)(b)/636.101 | $25 | ☐9H NO TAG FSS 316.605(1)/636.101 | $25 |
| ☐3C PROHIBITED PARKING FSS 316.1945 (1)(c), 636.101 | $25 | ☐9I TAG NOT ASSIGNED TO VEHICLE FSS 320.261/636.101 | $25 |
| ☐3D RIGHT OF WAY PARKING PROHIBITED 804.633/636.101 | $25 | ☐10 FIRE PLUG FSS 316.1945(1)(b)(2)/636.101 | $25 |
| ☐3F FREIGHT LOADING 804.1008/636.101 | $25 | ☐11 VEHICLE FOR SALE IN RIGHT OF WAY FSS 316.1951(1), 804.633, 804.1006(a)/636.101 | $25 |
| ☐4A DOUBLE PARKING 802.104(a), (b)/636.101 | $20 | ☐12 UNATTENDED CONVEYANCE FSS 316.1975(1), 804.633/636.101 | $25 |
| ☐4B PARKED IN EXCESS OF 12" FROM CURB FSS 316.195/636.101 | $20 | ☐13A DISABLED PLACARD/LICENSE TAG EXPIRED FSS 316.1955 (1), 804.1012(a)/636.101, 804.1012 | $250 |
| ☐4C PARKED IN OPP. DIRECTION OF TRAFFIC FSS 316.195/636.101 | $20 | ☐13B DISABLED PLACARD MISUSE FSS 320.0848 (7)&(8), 804.1012(b)/636.101, 804.101 | $250 |
| ☐5 OBSTRUCTING TRAFFIC FSS 316.2045/636.101 | $25 | ☐14A ALTERED LICENSE TAG FSS 320.061, 804.709/636.101 | $200 |
| ☐6 KEYS IN IGNITION FSS 316.1975(1)/636.101 | $20 | ☐14B ALTERED PLATE DECAL FSS 320.061, 804.709/636.101 | $200 |
| ☐7 VEHICLE 10,000 LBS RESIDENTIAL DISTRICT 656.411(1)/636.101 | $50 | ☐14C TAG DEFACEMENT FSS 320.061, 804.709/636.101 | $200 |
| ☐8A ACCESS LANE VIOLATION FSS 316.1955(2)/636.101 | $250 | ☐15 VEHICLE IMMOBILIZATION 802.112/636.101 | $50 |
| ☐8B DISABLED PLACARD NOT/IMPROPERLY DISPLAYED FSS 316.1955(1), 804.1012(a)/636.101 | $250 | ☐18 WARNING | $0 |
| ☐8C FRAUDULENTLY OBTAINING DISABLED PARKING PERMIT FSS 320.0848/636.101 | $250 | ☐20 PARKING INVOICE - CITY GARAGES 636.104 | $7 |
| ☐9A TAG EXPIRED FSS 316.605, 320.06/636.101 | $25 | ☐21 PARKING INVOICE - LIBRARY GARAGE 636.104 | $10 |
| ☐9B IMPROPERLY DISPLAYED TAG FSS 320.06/636.101 | $25 | | |

OFFICER REMARKS: Obstruction of sidewalk

**INSTRUCTIONS ON BACK SIDE**

---

## CITY OF JACKSONVILLE PARKING CITATION

Pursuant to Florida State Statutes and the Municipal Code for the City of Jacksonville, Florida

- ☐ N- Parking Enforcement   ☐ L- Parking Facilities   ☐ B- Aviation A...
- ☐ O- Sheriff's Office   ☐ M- Disabled Services

**10**

| DATE ISSUED | | | TIME ISSUED | | METER NO. |
|---|---|---|---|---|---|
| | | | | AM PM | |
| MO. | DAY | YEAR | HOUR | MIN. | |

| BLOCK | LOCATION | |
|---|---|---|
| | LOT/STREET | |

| OFFICER ID | OFFICER NAME | VEHICLE TAG |
|---|---|---|

| VEHICLE MAKE | TYPE | COLOR | DECAL NUMBER |
|---|---|---|---|
| VIN | | STATE | MONTH/YEAR |

### PARKING VIOLATIONS

| | | | | |
|---|---|---|---|---|
| ☐1A TIME ZONE VIOLATION FSS 316.1964(2), 802.106(a), 802.105(f)/636.101 | $15 | ☐9D WORKING & LIVING IN STATE W/O FL TAG FSS 320.38/320.1325 | |
| ☐1B METERED PARKING W/DISABLED PLACARD FSS 316.1964(5), 802.105(d)/636.101, 804.1012 | $15 | ☐9E TAG EXPIRED MORE THAN 6 MONTHS FSS 316.1945, 804.633/636.101, 804.1012 | $25 |
| ☐2 OVERTIME ON METER 802.105(a)/636.101 | $15 | ☐9F TAG OBSTRUCTED FSS 316.605(1), 320.061/636.101 | $25 |
| ☐3A STOP, STAND OR PARK A VEHICLE PROHIBITED (SIDE-WALK, CROSSWALK) FSS 316.1945 (1)(a)/636.101 | $25 | ☐9G TAG PLACEMENT FSS 316.605(1)/636.101 | $25 |
| ☐3B STOP, STAND OR PARK VEHICLE PROHIBITED FOR UNLOADING FSS 316.1945 (1)(b)/636.101 | $25 | ☐9H NO TAG FSS 316.605(1)/636.101 | $25 |
| ☐3C PROHIBITED PARKING FSS 316.1945 (1)(c), 636.101 | $25 | ☐9I TAG NOT ASSIGNED TO VEHICLE FSS 320.261/636.101 | $25 |
| ☐3D RIGHT OF WAY PARKING PROHIBITED 804.633/636.101 | $25 | ☐10 FIRE PLUG FSS 316.1945(1)(b)(2)/636.101 | $25 |
| ☐3F FREIGHT LOADING 804.1008/636.101 | $25 | ☐11 VEHICLE FOR SALE IN RIGHT OF WAY FSS 316.1951(1), 804.633, 804.1006(a)/636.101 | $25 |
| ☐4A DOUBLE PARKING 802.104(a), (b)/636.101 | $20 | ☐12 UNATTENDED CONVEYANCE FSS 316.1975(1), 804.633/636.101 | $25 |
| ☐4B PARKED IN EXCESS OF 12" FROM CURB FSS 316.195/636.101 | $20 | ☐13A DISABLED PLACARD/LICENSE TAG EXPIRED FSS 316.1955 (1), 804.1012(a)/636.101, 804.1012 | $250 |
| ☐4C PARKED IN OPP. DIRECTION OF TRAFFIC FSS 316.195/636.101 | $20 | ☐13B DISABLED PLACARD MISUSE FSS 320.0848 (7)&(8), 804.1012(b)/636.101, 804.101 | $250 |
| ☐5 OBSTRUCTING TRAFFIC FSS 316.2045/636.101 | $25 | ☐14A ALTERED LICENSE TAG FSS 320.061, 804.709/636.101 | $200 |
| ☐6 KEYS IN IGNITION FSS 316.1975(1)/636.101 | $20 | ☐14B ALTERED PLATE DECAL FSS 320.061, 804.709/636.101 | $200 |
| ☐7 VEHICLE 10,000 LBS RESIDENTIAL DISTRICT 656.411(1)/636.101 | $50 | ☐14C TAG DEFACEMENT FSS 320.061, 804.709/636.101 | $200 |
| ☐8A ACCESS LANE VIOLATION FSS 316.1955(2)/636.101 | $250 | ☐15 VEHICLE IMMOBILIZATION 802.112/636.101 | $50 |
| ☐8B DISABLED PLACARD NOT/IMPROPERLY DISPLAYED FSS 316.1955(1), 804.1012(a)/636.101 | $250 | ☐18 WARNING | |
| ☐8C FRAUDULENTLY OBTAINING DISABLED PARKING PERMIT FSS 320.0848/636.101 | $250 | ☐20 PARKING INVOICE - CITY GARAGES 636.104 | |
| ☐9A TAG EXPIRED FSS 316.605, 320.06/636.101 | $25 | ☐21 PARKING INVOICE - LIBRARY GARAGE 636.104 | |
| ☐9B IMPROPERLY DISPLAYED TAG FSS 320.06/636.101 | $25 | | |

OFFICER REMARKS: Obstruction of sidewalk

# CITY OF JACKSONVILLE PARKING CITATION

Pursuant to Florida State Statutes and the Municipal Code for the City of Jacksonville, Florida

- ☐ **N** - Parking Enforcement   ☐ **L** - Parking Facilities   ☐ **B** - Aviation Authority
- ☐ **O** - Sheriff's Office   ☐ **M** - Disabled Services

| DATE ISSUED | | | TIME ISSUED | | | METER NO. |
|---|---|---|---|---|---|---|
| | | | | | AM PM | |
| MO. | DAY | YEAR | HOUR | MIN. | | |

**LOCATION**

| BLOCK | | LOT/STREET | |
|---|---|---|---|
| | | | |

| OFFICER ID | OFFICER NAME | | VEHICLE TAG NO. |
|---|---|---|---|
| | | | |

| VEHICLE MAKE | TYPE | COLOR | DECAL NUMBER |
|---|---|---|---|
| | | | |

| VIN | | STATE | MONTH/YEAR |
|---|---|---|---|
| | | | |

## PARKING VIOLATIONS

| Violation | Fee | Violation | Fee |
|---|---|---|---|
| ☐1A TIME ZONE VIOLATION FSS 316.1964(2), 802.105(a), 802.105(f)/636.101 | $15 | ☐9D WORKING & LIVING IN STATE W/O FL TAG FSS 320.38/320.1325 | $25 |
| ☐1B METERED PARKING W/DISABLED PLACARD | | ☐9F TAG EXPIRED MORE THAN 6 MONTHS | |
| ☐3A STOP, STAND OR PARK A VEHICLE PROHIBITED (SIDE-WALK, CROSSWALK) FSS 316.1945 (1)(a)/636.101 | $25 | ☐9G TAG PLACEMENT FSS 316.605(1)/636.101 | $25 |
| FSS 316.1945 (1)(c), 636.101 | $25 | FSS 320.261/636.101 | $40 |
| ☐3D RIGHT OF WAY PARKING PROHIBITED | | ☐10 FIRE PLUG FSS 316.1945(1)(b)(2)/636.101 | $25 |
| | $25 | FSS 316.1951(1), 804.633, 804.1065(4)/636.101 | |
| ☐4A DOUBLE PARKING 802.104(a), (b)/636.101 | $20 | ☐12 UNATTENDED CONVEYANCE FSS 316.1975(1), 804.633/636.101 | $25 |
| ☐4B PARKED IN EXCESS OF 12" FROM CURB | | ☐13A DISABLED PLACARD/LICENSE TAG EXPIRED FSS 316.1955 (1), 804.1012(a)/636.101, 804.1012 | |
| FSS 316.195/636.101 | | FSS 320.0848(1)(a)(b), 804.1012(b)/FSS 101, 804.1012 | |
| ☐5 OBSTRUCTING TRAFFIC FSS 316.2045/636.101 | $25 | ☐14A ALTERED LICENSE TAG FSS 320.061, 804.709/636.101 | $200 |
| ☐6 KEYS IN IGNITION | | ☐14B ALTERED PLATE DECAL | |
| ☐7 VEHICLE 10,000 LBS RESIDENTIAL DISTRICT 656.411(1)/636.101 | $50 | FSS 320.061, 804.709/636.101 | $200 |
| ☐8A ACCESS LANE VIOLATION FSS 316.1955(2)/636.101 | $250 | ☐15 VEHICLE IMMOBILIZATION 802.112/636.101 | $50 |
| FSS 316.1955(1), 804.1012(a)/636.101 | $250 | | |
| ☐8C FRAUDULENTLY OBTAINING DISABLED PARKING PERMIT FSS 320.0848/636.101 | $250 | ☐20 PARKING INVOICE - CITY GARAGES 636.104 | $7 |
| ☐9A TAG EXPIRED FSS 316.605 320.06/636.101 | $25 | ☐21 PARKING INVOICE - LIBRARY GARAGE 636.104 | $10 |
| ☐9B IRB IMPROPERLY DISPLAYED TAG FSS 320.06/636.101 | | | |

OFFICER REMARKS: _____

**INSTRUCTIONS ON BACK SIDE**

## CITY OF JACKSONVILLE PARKING CITATION

Pursuant to Florida State Statutes and the Municipal Code for the City of Jacksonville, Florida

☐ **N** - Parking Enforcement   ☐ **L** - Parking Facilities   ☐ **B** - Aviation Authority

☐ **O** - Sheriff's Office   ☐ **M** - Disabled Services   M  10 085397

| DATE ISSUED | | | TIME ISSUED | | METER NO. |
|---|---|---|---|---|---|
| 11 | 30 | 17 | 52 | AM / PM | N/A |
| MO. | DAY | YEAR | HOUR | MIN. | |

### LOCATION

| BLOCK | LOT/STREET |
|---|---|
| N/A | Brookshend Mantview Plaza |

| OFFICER ID | OFFICER NAME | VEHICLE TAG NO. |
|---|---|---|
| 230 | | DV7113B |

| VEHICLE MAKE | TYPE | COLOR | DECAL NUMBER |
|---|---|---|---|
| Sierra | 4 DR/Pstv | Silver | 16314812 |

| VIN | STATE | MONTH/YEAR |
|---|---|---|
| | | 12-17 |

### PARKING VIOLATIONS

| | | | |
|---|---|---|---|
| ☐1A TIME ZONE VIOLATION FSS 316.1964(2), 802.106(a), 802.105(f)/636.101 | $15 | ☐9D WORKING & LIVING IN STATE W/O FL TAG FSS 320.38/320.1325 | $25 |
| ☐1B METERED PARKING W/DISABLED PLACARD FSS 316.1964(5), 802.105(d)/636.101, 804.1012 | $15 | ☐9E TAG EXPIRED MORE THAN 6 MONTHS FSS 320.07(3)/636.101, FSS 318.14 | $25 |
| ☐2 OVERTIME ON METER 802.105(a)/636.101 | $15 | ☐9F TAG OBSTRUCTED FSS 316.605(1), 320.061/636.101 | $25 |
| ☐3A STOP, STAND OR PARK A VEHICLE PROHIBITED (SIDE-WALK, CROSSWALK) FSS 316.1945 (1)(a)/636.101 | $25 | ☐9G TAG PLACEMENT FSS 316.605(1)/636.101 | $25 |
| ☐3B STOP, STAND OR PARK VEHICLE PROHIBITED FOR UNLOADING FSS 316.1945 (1)(b)/636.101 | $25 | ☐9H NO TAG FSS 316.605(1)/636.101 | $25 |
| ☐3C PROHIBITED PARKING FSS 316.1945 (1)(c), 636.101 | $25 | ☐9I TAG NOT ASSIGNED TO VEHICLE FSS 320.261/636.101 | $25 |
| ☐3D RIGHT OF WAY PARKING PROHIBITED 804.633/636.101 | $25 | ☐10 FIRE PLUG FSS 316.1945(1)(b)(2)/636.101 | $25 |
| ☐3F FREIGHT LOADING 804.1008/636.101 | $25 | ☐11 VEHICLE FOR SALE IN RIGHT OF WAY FSS 316.1951(1), 804.633, 804.1006(a)(1)/636.101 | $25 |
| ☐4A DOUBLE PARKING 802.104(a), (b)/636.101 | $20 | ☐12 UNATTENDED CONVEYANCE FSS 316.1975(1), 804.633/636.101 | $25 |
| ☐4B PARKED IN EXCESS OF 12" FROM CURB FSS 316.195(1)/636.101 | $20 | ☐13A DISABLED PLACARD/LICENSE TAG EXPIRED FSS 316.1955 (1), 804.1012(a)/636.101, 804.1012 | $250 |
| ☐4C PARKED IN OPP. DIRECTION OF TRAFFIC FSS 316.195(1)/636.101 | $20 | ☐13B DISABLED PLACARD MISUSE FSS 320.0848 (7)&(8), 804.1012(b)/636.101, 804.1012 | $250 |
| ☐5 OBSTRUCTING TRAFFIC FSS 316.2045/636.101 | $25 | ☐14A ALTERED LICENSE TAG FSS 320.061, 804.709/636.101 | $200 |
| ☐6 KEYS IN IGNITION FSS 316.1975(1)/636.101 | $25 | ☐14B ALTERED PLATE DECAL FSS 320.061, 804.709/636.101 | $200 |
| ☐7 VEHICLE 10,000 LBS RESIDENTIAL DISTRICT 656.411(1)/636.101 | $50 | ☐14C TAG DEFACEMENT FSS 320.061, 804.709/636.101 | $200 |
| ☐8A ACCESS LANE VIOLATION FSS 316.1955(2)/636.101 | $250 | ☐15 VEHICLE IMMOBILIZATION 802.112/636.101 | $50 |
| ☐8B DISABLED PLACARD NOT/IMPROPERLY DISPLAYED FSS 316.1955(1), 804.1012(a)/636.101 | $250 | ☐18 WARNING | $0 |
| ☐8C FRAUDULENTLY OBTAINING DISABLED PARKING PERMIT FSS 320.0848/636.101 | $250 | ☐20 PARKING INVOICE - CITY GARAGES 636.104 | $7 |
| ☐9A TAG EXPIRED FSS 316.605, 320.06/636.101 | $25 | ☐21 PARKING INVOICE - LIBRARY GARAGE 636.104 | $10 |
| ☐9B IMPROPERLY DISPLAYED TAG FSS 320.06/636.101 | $25 | | |

OFFICER REMARKS: _Vehicle obstructing access lane_



**CLERK OF THE CIRCUIT COURT**
**DUVAL COUNTY**
**501 WEST ADAMS STREET**
**JACKSONVILLE, FLORIDA 32202**

# Court Appearance Date

**Defendants Name:**      EDWARD RUTLAND

**Case Number:**      16-2019-PK-000383-AXXX-MA      **Division:**

**Citation Number and Date:**      O10057233    July 16, 2019     *WRONG NUMBER*

**Court Event Date:**      10/17/2019    **Time:**    9:00 AM

**Court Event Type:**      TRIAL

**Court Location:**      411 4th Floor, 501 W Adams St Jacksonville FL 32202

**Notes:**      **Court date will not be changed by Deputy Clerk**

NOTICE:      Appropriate dress and conduct is required for your court appearance.
No tank tops or shorts are allowed.  Shirts must be tucked into pants, and underwear must not be showing.
Clothing designs which include profanity, bad language, or drawings inappropriate for court are prohibited.

Cell phones must be turned **OFF** during court.

**FAILURE TO COMPLY WITH THESE REQUIREMENTS MAY RESULT IN THE COURT'S REFUSAL TO HANDLE YOUR CASE, OR THE DELAY OF YOUR CASE TO THE END OF THE COURT'S CALENDAR.**

Defendant / Representative Signature: _____

Defendant / Representative Telephone: _____

Defendant / Representative address:

*CHIEF JUDGE*
*JUDGE 411*
*JUDGE MAHON*
*255-5466*

AMERICANS WITH DISABILITIES ACT (ADA) NOTICE

INDIVIDUALS WITH DISABILITIES WHO NEED A REASONABLE ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING ARE ENTITLED, AT NO COST, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT: THE COURT ADMINISTRATORS OFFICE AS SOON AS POSSIBLE VIA TELEPHONE (904) 255-1695 OR, IF HEARING IMPAIRED, VIA TDD 1-800-955-8771 OR THE FLORIDA RELAY SERVICE AT 1-800-955-8770.

*MABRMAHON*



**Ronnie Fussell**
CLERK OF THE CIRCUIT AND COUNTY COURTS
DUVAL COUNTY TRAFFIC VIOLATIONS BUREAU
P. O. BOX 660, JACKSONVILLE, FL 32201
Telephone: (904) 255-2300     Fax: (904) 255-2358

## Parking Disposition Memo and Authorization to Pay

**Item:**   1

**Courtroom:**   411

**Location:**   4th Floor

**Name:**

   RUTLAND, EDWARD

Court Date and Time: **October 17, 2019   9:00 am**

Citation Number:   **O10097460**   *WRONK NUMBER*

Case Number:   **16-2019-PK-000432-AXXX-MA**

**Statute / Violation:**
   **S316.1945(1)**

**Judge/ Hearing Officer:**   **IMPROPER STOPPING-STANDING-PARKING (DOUBLE)-BRIDGE, TUNNEL, CROSSWALK, INTE**

Attorney:

---

**Above Named Individual:**   ☑ Appeared   ☐ Failed to Appear

**Plea:**   ☐ Denied   ☐ Admitted   ☐ Nolo Contendere to Infraction

☐ Continued to: _____   ☐ With Witnesses   ☐ Without Witnesses

*TURNER 255-2001*

---

**Verdict:**   ☐ Withhold Judgment      ☐ Did not Commit / Case Dismissed
☑ Committed Infraction and Imposed Civil Penalty as follows:

Special Disposition Remarks: _____
_____

☐ **Attend Driver Improvement School**

**Pay fine of: $** _____   **S/S = $** _____   **Cost of Court only $** _____

**Payment must be receipted (not postmarked) no later than** _____ **at Clerk's location indicated on the back of this sheet.** If you need to obtain locations call (904) 255-2300.

Trial Clerk: _____

Paid: _____   Amount: $ _____   At: _____   Machine Number: _____

Receipt Number: _____   Cashier: _____

*FINEL
(COP)*



**Ronnie Fussell**
CLERK OF THE CIRCUIT AND COUNTY COURTS
DUVAL COUNTY TRAFFIC VIOLATIONS BUREAU
P. O. BOX 660, JACKSONVILLE, FL 32201
Telephone: (904) 255-2300    Fax: (904) 255-2358

## Parking Disposition Memo and Authorization to Pay

**Item:**   4

**Courtroom:**   411

**Location:**   4th Floor

**Name:**

**RUTLAND, EDWARD**

**Court Date and Time:** September 11, 2019   9:00 am

**Citation Number:** O10057233   *WRONG NUMBER*

**Case Number:**   16-2019-PK-000383-AXXX-MA

**Statute / Violation:**
**S316.1945(1)**       **IMPROPER STOPPING-STANDING-PARKING (DOUBLE)-BRIDGE,TUNNEL,CROSSWALK,INTE**
**Judge/Hearing Officer:**                         **Attorney:**

---

**Above Named Individual:**         ☒ Appeared      ☐ Failed to Appear

**Plea:**   ☐ Denied      ☐ Admitted      ☐ Nolo Contendere to Infraction

☐ Continued to: _____   ☐ With Witnesses      ☐ Without Witnesses

---

**Verdict:**   ☐ Withhold Judgment              ☐ Did not Commit / Case Dismissed
                     ☐ Committed Infraction and Imposed Civil Penalty as follows:

Special Disposition Remarks: _____

_____

☐ **Attend Driver Improvement School**

**Pay fine of: $** _____   **S/S = $** _____   **Cost of Court only $** _____

**Payment must be receipted (not postmarked) no later than** _____ **at Clerk's location indicated on the back of this sheet.** If you
need to obtain locations call (904) 255-2300.

Trial Clerk: _____

Paid: _____        Amount: $ _____            At: _____   Machine Number: _____

Receipt Number: _____                        Cashier: _____



Ronnie Fussell
CLERK OF THE CIRCUIT AND COUNTY COURTS
DUVAL COUNTY TRAFFIC VIOLATIONS BUREAU
P. O. BOX 660, JACKSONVILLE, FL 32201
Telephone: (904) 255-2300    Fax: (904) 255-2358

## Parking Disposition Memo and Authorization to Pay

**Item:**

**Courtroom:** 411

**Location:** 4th Floor

**Name:**

**RUTLAND, EDWARD**

**Statute / Violation:**
    **S316.1945(1)**
**Judge/Hearing Officer:**

**Court Date and Time:** October 17, 2019   9:00 am

**Citation Number:** O10057233    *WRONG CITN TO*

**Case Number:**    16-2019-PK-000383-AXXX-MA

**IMPROPER STOPPING-STANDING-PARKING (DOUBLE)-BRIDGE,TUNNEL,CROSSWALK,INTE**
**Attorney:**

---

**Above Named Individual:**    ☑ Appeared    ☐ Failed to Appear

**Plea:**    ☐ Denied    ☐ Admitted    ☐ Nolo Contendere to Infraction

☐ Continued to: _____ ☐ With Witnesses    ☐ Without Witnesses    *6 30 - 13 79*

---

**Verdict:**  ☐ Withhold Judgment          ☐ Did not Commit / Case Dismissed
         ☐ Committed Infraction and Imposed Civil Penalty as follows:

Special Disposition Remarks: _____

_____

☐ **Attend Driver Improvement School**

**Pay fine of: $** _____    **S/S = $** _____    **Cost of Court only $** _____

**Payment must be receipted (not postmarked) no later than** _____ **at Clerk's location indicated on the back of this sheet.** If you
need to obtain locations call (904) 255-2300.

Trial Clerk: _____

Paid: _____    Amount: $ _____    At: _____    Machine Number: _____
Receipt Number: _____    Cashier: _____

*RN 2L*
*CS ?*



# Jacksonville Sheriff's Office
## Duval County, Florida



301 E. Bay St. #E
Jacksonville, FL 32202

DATE:

To Whom It May Concern:

The Jacksonville Sheriff's Office has performed a criminal history background check on the individual listed below. Since neither fingerprints, nor an

information concerns the named individual. As per state and federal guidelines, this agency can only check for local arrest information.

**NAME:** _EDWARD  JOSEPH RUTLAND JR._

**DATE OF BIRTH:** ██████████

**RACE:** _CAUC_   **SEX:** _M_

**SOCIAL SECURITY NUMBER:** N/A

**LOCAL ARREST INFORMATION FOUND:**    NO RECORD

REPORT TAKEN AT
REGENCY SUB-STATION

LOCAL BACKGROUND CHECK

JACKSONVILLE, FL 32225

**BY:** _Off Curley #6248_

**Central Records/Substation**

P-0064E Rev. 07/2015

      

Edward Rutland <edward_rutland@comcast.net>                    9/26/2019 6:13 PM

Police Report

To Brother Edward Rutland Sr. <edward_rutland@comcast.net>   Blind copy edward_rutland@comcast.net

Sent from my iPhone

## Calls For Service List

### 1/1/2017 - 4/15/2019

# 228356

| Address | Sub | Ccr | Date | Time | Officer Id | Source | Priority | Signal | Signal Text | Disposition Text |
|---|---|---|---|---|---|---|---|---|---|---|
| 852 ROSERUSH LN | F-1 | 201900245001 | 4/6/2019 | 1528 | | MDT/OFFICER | 4 | 24 | INVESTIGATE | OTHER MISC. POLICE SERVICE RENDERED |
| | F-1 | 201900244478 | 4/6/2019 | 1055 | | MDT/OFFICER | 4 | 27 | MENTALLY ILL PERSON | OTHER MISC. POLICE SERVICE RENDERED |
| | F-1 | 201900224870 | 3/29/2019 | 1248 | 72354 | PHONE | 3 | 3177 | PROPERTY CHECK | ASSISTED ANOTHER POLICE UNIT/AGENCY OR PERFORMED A SUPERVISORY FUNCTION OTHER MISC. POLICE SERVICE RENDERED |
| | F-1 | 201900146083 | 2/26/2019 | 1515 | 5884 | PHONE | 4 | 63 | DISPUTE | NOT A LAW ENFORCEMENT PROBLEM. REFERRED TO PROPER AGENCY – ADVISED WARRANT OR LEGAL ACTION/ASSISTANCE |
| | F-1 | 201800322287 | 5/12/2018 | 1649 | 5863 | PHONE | 4 | 63 | DISPUTE | OTHER MISC. POLICE SERVICE RENDERED – ADVISED WARRANT OR LEGAL ACTION/ASSISTANCE |
| | F-1 | 201800010396 | 1/5/2018 | 1843 | 75335 | PHONE | 4 | 27 | MENTALLY ILL PERSON | OTHER MISC. POLICE SERVICE RENDERED |
| | F-1 | 201700662839 | 9/28/2017 | 1702 | 63451 | MDT/OFFICER | 4 | 54 | ILLEGALLY PARKED VEHICLE | UNIFORM TRAFFIC OR CITATION ISSUED |
| | F-1 | 201700231473 | 4/6/2017 | 1755 | 5373 | PHONE | 2 | 60 | SUICIDE | FIELD INVESTIGATION (FIR) MADE – ACCESS REPORT SUBMITTED |
| | F-1 | 201700046951 | 1/20/2017 | 1140 | 7750 | PHONE | 4 | 63 | DISPUTE | INCIDENT VERIFIED, PERPETRATORS GONE ON ARRIVAL – ADVISED WARRANT OR LEGAL ACTION/A – ADVISED TO CONTACT IF REPEATED OR RE |

9 CFS

Total CFS

Report Processed Date: 4/15/2019 4:26 PM

This information is offered as a public service by the Jacksonville Sheriff's Office and is informational only.



# Jacksonville Sheriff's Office Employee Complaint Form

501 E. Bay Street, Jacksonville, Florida 32202-2975 | www.jaxsheriff.org
Internal Affairs Unit – (904) 630-2187

| Nature of Incident/Event | I.A. # (*Administrative Use Only*) |
|---|---|
| EDWARD J. RUTLAND SR | |

## Sheriff's Office Employee Information

**Citizen Information**

| Employee's Name and ID# (if known) |
|---|
| N/A |

**Citizen's Name (First  MI  Last)**
EDWARD J RUTLAND

| Race | Sex | Height | Weight | Approximate Age |
|---|---|---|---|---|
| W | M | 5'11 | 211lb | 65 YEARS |

**Home Address** 3532 205 Er 15 th
Apt#
JAX. FLA. 32235

| Other Identifying Characteristics | | |
|---|---|---|
| HIGH PRIEST MARTIAL ARTIST | | |

**City** JAX   **State** FLA   **Zip Code** 32225

| Vehicle or Tag # | Vehicle Model | In Uniform |
|---|---|---|
| N/A | N/A | N/A |

| Race | Sex | D.O.B. |
|---|---|---|
| N/A | N/A | N/A |

| Employee Vehicle Description (Marked/Unmarked, Color) |
|---|
| N/A |

| Home # | Business # | Cell # |
|---|---|---|
| N/A | N/A | N/A |

| Location of Incident/Event |
|---|
| 150 MEMORIAL BLD |

**Name of Witness (First  MI  Last)**
NO WNBIA5 WIT.

| Day and Date of Incident/Event | Time |
|---|---|
| N/A | |

**Witness Address**   City, State   Zip Code

| Today's Date and Time |
|---|
| N/A |

**Witness Phone Number(s)**
N/A

**Explanation of Event: (Also list on the back any additional information, employees, witnesses, etc)**

SINCE WEN POLICE OFFICER
BE COME PERFECT CITIZEN
IN A JOR)TY EXPLAIN IF THE
PRESIDENT SAYS REPORT THE
SVSPICIOVS BEHAVIORS THERE
ARE MANY WORKING AT
ISO (EXPLAIN) PROBLEM OR SALUS

F.S.S. 837.06: Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree.

**Signature of Citizen:** _(signature)_

All information is true and correct to the best of my knowledge.

| Employee Accepting Form | Assignment | Date and Time |
|---|---|---|
| | | |



I.A. # _____

### Jacksonville Sheriff's Office Employee Complaint Form
### Narrative Continuation Sheet

Continue explanation of incident/event, listing additional witnesses and employees.  List names, addresses and phone numbers of all additional parties.

UNIFORM DOES NOT MAKE
A PEACE AND OR SERVE
AND PROTECT OFFICER, A
WILLINGNESS, WORK WITH
PUBLIC (NOT VICE VERSA),
FREINDLY SMILES, PROFES-
IONAL CONDUCT, NOT LOOKING
TO MAKE PROBLEM INSTEAD
OF SOLUTIONS. MAYBE A PERSON-
ALITY TEST ONCE IN A WHILE.
FOR STRESS, PSYICALOGICAL, OR
LOW PRODUCTIVITY, YOU CAN
EVEN SEE THESE PROBLEMS
ACT OUT IN SERVICE (EXPLAIN)
WHY THIS IS NOT ADDRESSED

PRODUCTIVITY VS SAFETY

GOOD LEADERS NEED
TO BE GOOD FOLLOWERS

WHY ARE YOU PART
OF THE PROBLEM, NOT
THE SOLUTION? (NAMELY
BECAUSE YOU THINK
YOUR ABOVE ALL, CONVENCE
ME OTHERWISE.

POLICE DEPTS. ONLY AS
GOOD AS THE PEOPLE THEY
THEY SERVE, AS GOOD AS RENDERED



MIKE WILLIAMS
SHERIFF

# OFFICE OF THE SHERIFF
## CONSOLIDATED CITY OF JACKSONVILLE
### DUVAL COUNTY

501 EAST BAY STREET • JACKSONVILLE, FLORIDA 32202-2975

July 30, 2019

Edward J. Rutland Jr.
552 Roserush Lane
Jacksonville, FL 32255

**RE: Internal Affairs Case INFO19-0136**

Dear Mr. Rutland:

The Internal Affairs Unit of the Jacksonville Sheriff's Office has received your complaint. We appreciate that you have taken the time in responding to a situation you felt needed our attention. We regret your encounter was unfavorably perceived. However, the officer's actions appear to have been consistent with Jacksonville Sheriff's Office policies and procedures, as well as applicable laws.

Accordingly, the procedure available for protesting citations is to contact the Traffic Violations Bureau of the Duval County Clerk of the Circuit Court at (904) 255-2300 or in person located at 501 West Adams Street **within 30 days** of receipt of the citation to request a court date.

Again, we thank you for your response and hope this information will be beneficial to you. The information will be filed in our office for future reference.

Sincerely,

**MIKE WILLIAMS, SHERIFF**

C. B. Shivers, Lieutenant
Internal Affairs Unit Commander

CBS/lap



WWW.JAXSHERIFF.ORG

       



MIKE WILLIAMS
SHERIFF

# OFFICE OF THE SHERIFF
## CONSOLIDATED CITY OF JACKSONVILLE
### DUVAL COUNTY

501 EAST BAY STREET • JACKSONVILLE, FLORIDA 32202-2975

*630 - 2400*

*5 5 6 8 3 9 1*

August 26, 2019

Edward J. Rutland Sr.
552 Roserush Ln.
Jacksonville, FL 32225

**RE: Internal Affairs Case No.: INFO19-0164**

Mr. Rutland,

The Internal Affairs Unit of the Jacksonville Sheriff's Office has received your complaint. We appreciate that you have taken the time in responding to a situation you felt needed our attention.

After reviewing the information that you have provided, we regret to inform you that the issues you have raised do not involve any employees of the Jacksonville Sheriff's Office. As such, we have no basis for further investigation of your complaint.

Please do not hesitate to contact us if we can assist you in any other manner.

Sincerely,

**MIKE WILLIAMS, SHERIFF**

C. B. Shivers, Lieutenant
Internal Affairs Unit Commander

WWW.JAXSHERIFF.ORG

       

(Top)

# Most Common Violations

- Junk or abandoned vehicles with expired or missing license plates
- Accumulation of garbage, rubbish, trash and/or debris
- Excessive growth of weeds, grass, or noxious vegetation
- Potentially dangerous dead trees and/or limbs
- Conditions which could breed or harbor insects, rodents, or other pests
- Unmaintained swimming pools
- Dangerous or deteriorated electrical fixtures, wiring, or devices
- Fences, gates, or accessory structures in disrepair
- Drainage, plumbing, sewer or septic system blockage or failure
- Structural deterioration, rotten wood, peeling paint
- Improper stacking or storage of materials
- Unclean and unsanitary conditions
- Failure to maintain minimum residential and commercial standards
- Residential animals
- Residential fence heights
- Yard sales in excess of zoning requirements
- Residential Vehicle Sales
- Residential Accessory Structures
- Residential Recreational Vehicles
- Home Occupations and Businesses
- Vehicle repair in residential districts
- Commercial vehicle or trailer in residential districts

(Top)

# Most Common Violations

- Junk or abandoned vehicles with expired or missing license plates
- Accumulation of garbage, rubbish, trash and/or debris
- Excessive growth of weeds, grass, or noxious vegetation
- Potentially dangerous dead trees and/or limbs
- Conditions which could breed or harbor insects, rodents, or other pests
- Unmaintained swimming pools
- Dangerous or deteriorated electrical fixtures, wiring, or devices
- Fences, gates, or accessory structures in disrepair
- Drainage, plumbing, sewer or septic system blockage or failure
- Structural deterioration, rotten wood, peeling paint
- Improper stacking or storage of materials
- Unclean and unsanitary conditions
- Failure to maintain minimum residential and commercial standards
- Residential animals
- Residential fence heights
- Yard sales in excess of zoning requirements
- Residential Vehicle Sales
- Residential Accessory Structures
- Residential Recreational Vehicles
- Home Occupations and Businesses
- Vehicle repair in residential districts
- Commercial vehicle or trailer in residential districts

- Commercial buffers/fencing
- Industrial Use
- Certificate of Use (failure to obtain)
- Temporary personal storage container in prohibited zoning districts

(Top)

# What We Enforce

## Residential and Commercial

The Property Safety and Maintenance Code requires maintenance standards for all residential and commercial structures. The code addresses violations inside and outside the structure, from excessive trash and junk in the yard to obstructed sewer lines and improper plumbing or electric installations. Failure to correct violations of this section may result in a paying citation to the owner or tenant, referral of the owner to the Special Magistrate for prosecution or abatement.

## Unsafe Structures



The Property Safety and Maintenance Code addresses any structure, which is structurally unsound and/or unsafe and may be in a vacant, open, and unguarded condition. If necessary, the city may take action to demolish or board the structure. Failure to correct violations of this section may result in referral of the owner to the Special Magistrate for prosecution or compliance by city contractor.

## Nuisance Properties

High grass, trash and/or debris on vacant lots and occupied properties constitute violations of the nuisance section of the ordinance. Failure to correct violations of this section may result in removal of violations (abatement) by city contractor with related contracting and administrative

costs (liens) placed on the property. In addition, violations may result in referral of the owner to the Special Magistrate for prosecution and possible subsequent fines, which 'roll' or continue until the owner complies all cited violations.

Conditions Prohibited and Declared Public Nuisances

- An excessive accumulation or untended growth or weeds, grass, underbrush or undergrowth or other noxious vegetation (but not including trees, plants or other vegetation protected by law)

- A building, structure, premise, or other place which provides uncontrolled breeding places, protection, or shelter for rodents, vermin or other pests

- A wholly or partially manmade pool, pond, or other body of water which tends to produce disease vectors, biting insects and/or pests. In addition, in case of swimming pools, water quality and clarity may be declared a threat to or endangerment of public health and safety when the clarity of the pool water is such that the main drain grate is not completely visible to a person standing on the pool deck, or the recirculation system or disinfection feeding equipment is missing or not functioning

- Obstructions or diversion of the natural or artificial flow of water, whether by dams, blocks or other means, which tend to produce or results in the stagnation of water

- Garbage, trash, rubbish or debris.

- Dead or dying trees, limbs, branches or parts which threaten or endanger public safety and/or welfare.

- Unsecured vacanct building or dwelling.

- Graffiti

- Abandoned personal property of dispossessed residents. Any owner who physically retakes possession of property through eviction, foreclosure, or other means and removes personal items of the previous resident from the property shall place such

# Most Common Zoning Violations

- **Certification of Use:** Businesses who have obtained a valid business license but have failed to obtain a valid Certificate of Use through the Planning and Development Department.

- **Parking of certain vehicles in certain districts:** Heavy trucks and truck/tractors, motor vehicles equipped with machinery, school buses, commercial wreckers, hearses, ambulances, passenger vehicles for ten persons or more, trucks used for agricultural purposes and semi-trailers drawn by a truck tractor by means of a fifth wheel arrangement, shall not be parked in off-street parking lots, access to highways, on private property in residential neighborhoods or in CO, CRO,CCG-1 or CN districts, or on any public right-of-way except as may be required for normal loading or unloading of such vehicles and during the time normally required for service at dwellings or at structures or activities permitted or permissible in these zoning districts by the terms of the Zoning Code.

- **Parking and storage of recreational vehicles and boats:** No recreational vehicles shall be used for living, sleeping or housekeeping purposes when parked or stored on a residentially-zoned lot or in another location not approved for this use. Boats, boat trailers, horse trailers or any other trailer and recreational vehicles may be parked or stored in a required rear or side yard but not in required front yards, provided however, that these vehicles may be parked anywhere on residential premises not to exceed 24 hours during loading and unloading.  For the purpose of determining yard requirements on corner lots and through lots, all sides of a lot adjacent to streets shall be considered frontage.

- **Fencing Violations:** Fencing exceeding four feet in required front yard of residentially zone property. For the purpose of determining yard requirements on corner lots and through lots,

items in the designated trash collection area of the property, or, if there is no such area and the owner must place such items on the curb, all loose items, with the exception of furniture, shall be placed in trash receptacles or in boxes or bags and stacked neatly on the curb in accordance with Chapter 382 of the Ordinance Code.

- Any mobile home or modular building that has been placed on private property without or in violation of a permit for installation from the Building Department or which has not been or is not properly connected to water, sewer or electric utility service. Utility service for sewer may be through a licensed or permitted septic system, if such sewer service is allowed for that property.

- Bushes, shrubbery, or other overgrowth shall not exceed the height of the lowest portion of windowsills or window frames on vacant buildings and structures, and shall not cover or impede any entryway of a vacant building or structure.

*NOTE: Conditions cited above must be terminated, corrected or abated within 15 days of the date of notice, unless otherwise instructed by notice or citation to comply within a specified time period.*

## Vehicles

Junk vehicles are defined as: inoperable vehicles which threaten or endanger public safety or welfare; creates a blighting influence upon the neighborhood where the vehicle rests; or is, or may reasonably become, infested or inhabited by rodents, vermin or other animals, or may furnish a breeding place for rodents, vermin, or animals.  Inoperable, when referring to a vehicle, means the vehicle is incapable of being immediately driven, moved, or pulled in the manner for which it is



all sides of a lot adjacent to streets shall be considered frontage.

- **Planned Unit Developments:** Violation of the site plans and conditions that have been established within the planned unit development boundaries.

- **Required Front Yard Setbacks in Residential Districts**: Accessory structures, car ports, etc. in required front, side, or rear yards (yard frontage depth varies for each zoning district). For the purpose of determining yard requirements on corner lots and through lots, all sides of a lot adjacent to streets shall be considered frontage.

- **Residential Group Homes and Rooming Houses:** These uses have specific requirements and limitations based on the location within its specific zoning district.

(Top)

# What We Do Not Enforce

- Vehicles on public streets or rights-of-way
- Waterways
- Deed covenants or restrictions

# Tips To Avoid A Code Enforcement Citation

- **Maintain property appearance:** Cut yards regularly, remove any trash/debris, abandoned/junk vehicles, deteriorated structures, dead trees and/or dead limbs.

- **Maintain exterior structures' appearance:** Scrape and paint and/or replace or repair defective exterior surfaces.**Maintain the building:** Repair or replace loose, damaged, rotted, worn or missing components such as foundations, walls, roofs, windows, doors, porches, handrails, awnings, siding and trim.

- **Maintain electrical and plumbing systems:** Repair or replace

faulty or exposed wiring, fixtures and components immediately. Leaking, corroded or obstructed plumbing systems should be repaired or replaced in a timely manner. Electric, water, and sewer/septic services are required for all occupied dwellings.

- **Maintain interior components:** Repair or replace worn, torn or damaged flooring, deteriorated wall surfaces, broken, damaged or missing window or door hardware.

- **Maintain all water heaters, appliances, systems and pumps according to manufacturers' recommendations:** Heating systems are required to be permanently installed, properly connected and capable of heating all habitable and usable rooms to at least 65 degrees under minimum winter conditions.

- **Smoke alarms:** At least one properly operating smoke detector is required on each floor of a dwelling, dwelling unit or rooming unit, located adjacent to each sleeping area.

- **Keep property safe and sanitary:** Address ANY issues that may pose an imminent threat to health or safety IMMEDIATELY.

- **Recreational vehicles:** Do no park recreational vehicles of any type in required front yard longer than 24 hours.

- **Fences:** Do not erect any fence taller than 4 feet in height in front yard in residential districts.  For the purpose of determining yard requirements on corner lots and through lots, all sides of a lot adjacent to streets shall be considered frontage.

- **Commercial vehicles:** Do not park commercial vehicles in residential neighborhoods except for normal loading/unloading during normal time required for service at dwellings.

- **Certificate of Use:** When applying for a business license, ensure you follow up to obtain a certificate of use permit from the Planning and Development Department.

[(Top)]

## What If I Am Cited?

- Don't ignore the notification of violation. Read it closely and understand there is a time limit for compliance, and penalties for failure to comply exist.
- It is the property owner's responsibility to ensure violations are corrected, including rental or leased properties.
- Make all required repairs, corrections, improvements and/or removals as soon as possible to avoid further proceedings
- If you need further clarification of any alleged violation, don't wait. Call the Code Compliance Officer as soon as possible.
- If you believe the violation is not on your property, or you have sold the property or released ownership, please call 630-CITY (630-2489) immediately.

<(Top)

## Notifications, Hearings and Appeals

### Notifications [Section 518.206(b)]

'The mailing of the notice shall be sufficient proof thereof, and the delivery or service of notice shall be equivalent to mailing. For the purpose of notice requirements to a property owner, the owner shall be deemed to be the owner recorded on the current records in the office of the Property Appraiser. If the mailing address of the person is not known to the Chief of Municipal Code Compliance or the records do not reveal a change of ownership of the property involved or the property is unoccupied, the posted notice on the property shall constitute sufficient notice to the owner, custodian, agent, lessee, trustee or occupant thereof and no additional notice shall be required for any action hereunder.'

NOTE: Please ensure your current mailing address is on public record in the Duval County Property Appraiser's Office. Code Compliance is required

*by State Statutes to use the tax rolls in the Property Appraiser's Office.*

## Hearings

A Special Magistrate hears testimony from the Code Compliance Officer and property owner(s) to determine if the violations exist, set timelines for compliance, and may issue fines of up to $250.00 per day in cases where the property owner does not comply within the ordered timeframe.

## Appeals

The Municipal Code Compliance Division must receive timely appeals, as follows:

- Within the timeframe set in the initial notification letter sent to you, normally within 15 or 30 days, depending on the type of violation you were cited for.
- The cost of the appeal is $10.00 (non-refundable, CHECK OR MONEY ORDER ONLY) effective July 17, 2009.
- The application for appeal is available at the front desk of Municipal Code Compliance Division located at 214 North Hogan Street, 1st Floor. The application and check or money order must be hand delivered to this location. No payments will be accepted by mail.

(Top)

# Other Community Resources

- Streets & Drainage 630-CITY
- Building Permits & Inspections 630-CITY
- Planning and Development Department 630-CITY
- Mosquito Control 630-CITY
- Solid Waste 630-CITY

- Duval County Health Department (DCHD) 630-3300
- Biomedical Waste (DCHD) 630-3260
- Animal Care & Protective Services 630-CITY
- JEA 665-6000
- Social Services 744-4669
- Department of Business & Professional Regulation (850) 487-1295

(Top)



MIKE WILLIAMS
SHERIFF

# OFFICE OF THE SHERIFF
## CONSOLIDATED CITY OF JACKSONVILLE
## DUVAL COUNTY

501 EAST BAY STREET • JACKSONVILLE, FLORIDA 32202-2975

## <u>Employee Complaint Form</u>

Dear Concerned Citizen,

Thank you for taking the time to inform us of a situation that you believe deserves our attention. We encourage both positive and negative citizen feedback to assist us in our goal of providing the best law enforcement service possible to the citizens of our community. The attached form is used to collect information regarding allegations of misconduct involving a JSO employee.

### <u>Complaints</u>

If you have a complaint of misconduct involving a JSO employee, please complete the attached form and return it to any JSO supervisor, substation, or the Police Memorial Building. The form can also be mailed in to the Internal Affairs Office (501 E. Bay St., Jacksonville Fl. 32202). The most appropriate person to file a complaint is the person experiencing or witnessing alleged police misconduct rather than uninvolved third parties. We will need the cooperation of the involved citizen to ensure a successful investigation. However, parents or guardians should feel free to make complaints on behalf of their <u>minor</u> children.

### <u>Should I file a complaint or contact the employee's supervisor?</u>

The Internal Affairs Office (630-2187) coordinates investigations into allegations of misconduct by members of this agency.

Supervisors within the agency handle performance related issues dealing with their subordinates. A member's supervisor, and not the Internal Affairs Office, is the best and most timely way to address issues concerning disputed traffic citations, improperly written reports and dissatisfaction with the way a call or situation was handled by an employee of this agency. Supervisors can be contacted through the non-emergency dispatch number (630-0500), or by calling the JSO facility where the assigned employee works during normal business hours.

**(over)**

P-235A  Rev. 06-09


     

# Enforcement Operations

Why We Enforce || Where We Enforce || Most Common Violations || What We Enforce
What We Do Not Enforce || Tips to Avoid A Code Enforcement Citation
What If I Am Cited? || Notifications, Hearings and Appeals || Other Community Resources

The Municipal Code Compliance Division of the Neighborhoods Department enforces local ordinance code Chapter 518 - Property Safety and Maintenance Code and Chapter 656 - Zoning Code and Chapter 741 - Zero Tolerance on Litter (Snipe Signs), and Chapter 745 - Proper Display of Address Numbers, which addresses:

- Housing Safety
- Property Maintenance Standards (Residential and Commercial)
- Proper Display of Addresses on Commercial and Residential Buildings



- Unsafe Structures
- Nuisance Properties
- Junk and Abandoned Vehicles
- Zoning - Residential Use
- Zoning - Industrial Use
- Zoning - Commercial Use
- Zoning - Agriculture, Public Buildings and Facilities and Conservation and Recreation
- Zoning - Planned Unit Development (PUD)
- Zoning - Mobile Homes, Mobile Home Parks
- Zoning - Off-Street Parking and Loading for Motor Homes

- Zoning - Nonconforming Lots, Uses and Structures
- Zoning - Alcoholic Beverages Conformity
- Zoning - Excavations, Lakes and Borrow Pits
- Zoning - Signs (Private Property)
- Litter - Snipe Signs

## Why We Enforce

The City of Jacksonville acknowledges the need to enforce property maintenance standards and to ensure a reasonable quality of life for the city's residents and neighborhoods.

Citizens play an important part in keeping our community attractive, clean, and safe. Through education, awareness, and self-enforcement, we can all contribute to making Jacksonville the best city in which to live, work, and raise a family.

(Top)

## Where We Enforce

All privately-owned properties, structures, and parts thereof, including but not limited to:

- Yards
- Premises
- Parking lots
- Driveways
- Easements
- Homes
- Businesses
- Vacant lots
- Commercial buildings